IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF EASTERN NORTH CAROLINA

FILED
MAR 09 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Larry Blakney #34750171 et al
Plaintiff

vs.

SLED, Hartsville Police Department,
Defendants

CLASS ACTION LITIGATION

We're federal inmates housed at the Federal Medical Center of Butner N.C. P.O. Box 1600 Butner N.C. 27509. We are filing a civil complaint class action pursuant Fed. R. Civ. P. 23 against the SLED (S.C Law Enforcement Division) of Hartsville 135 W. Carolina Avenue Hartsville S.C 29550. See Alden v. Maine, 527 U.S. 706, 712-13 (1999) Since the arrival date 09/16/2020 of Larry Blakney #34750171 at the FMC of Butner N.C. The SLED of Hartsville S.C have been using people of Hartsville S.C to broadcast criminal threats of killing Larry Blakney if he don't remove his Facebook page, through means of electronic communicating and recording devices by illegal means which is prohibited by the 4th Amendment. See Cf. Horton v California 496 U.S. 128, 140, 110 S.Ct. 2301, 110 L. Ed. 2d 112 (1990) with the SLED of Hartsville S.C aiding and abetting the Blackmail Extortions, 2nd degree harassments, and criminal threats towards Larry Blakney, they are in violation of the 14th Amendment (Equal protection of the laws) and criminal procedure §§ 22-5101 to 22-5106

See United States Criminal Code 18 U.S.C Sec. 3117(b) We're witnessing and hearing the SLED of Hartsville S.C Broadcast and use other individuals of Hartsville S.C by use eavesdropping, recording and communicating devices. (see Berger v. New York & Katz v. United States) to Broadcast Defamatory (actual-malice rule) statements about Larry Blakney being a fake and a crackhead and how they wish he would kill himself because they don't like the way he look all through the day and night. see (Gertz v. Robert Welch Inc. (1974) 418 U.S. 323 41 L Ed 2d 789, 94 S Ct 2997) which is Breaching the Peace amongst all of us at the FMC Butner N.C. The Intrusion See Butts, 729 F. 2d at 1515; Alonso, 790 F 2d at 1495 United States v. Henderson, 746 F 2d, 619, 624 (9th Cir. 1984); United States v. Webster, 750 F. 2d 307, 815 (5th Cir. 1984) is violating our expectation of privacy from the general public. See (Pell v. Procunier) (the court held that the press had no greater right of access to a prison than the general public. In general rule nobody may enter the prison and designate a prisoner, unless the prospective visitor is a lawyer, clergy are relative of the prisoner. In which we're all in violation of our privacy from the public through the monitoring of a beeper surveillance which is exposing us to the general public in violation of the Forth Amendment (United States v. Karo, 468 U.S. 705, 716-718 (1984) We are also complaining about the SLED of Hartsville S.C violating the 14th Amendment of the constitution by not giving Larry Blakney # 24750-171 the equal protection of all laws

By aiding and abetting criminal threat towards his life in which all of us as well as the FMC workers are being expose to on a daily basis. The SLED of Hartsville S.C are under the authorization of surveillance devices to watch and perform a electronic intrusion <u>Fed. R. Crim. P. 4</u> which is exposing use to the general public in violation of our 4th Amendment; See United States v. Falls, 34 F.3d 674 (8th Cir 1994) In which they're allowing people to harass and threating the life of Larry Blakney #34750171 through illegal methods of the communicating devices. 18 U.S.C.S 3121 et. Seq see. Stored Communication Act, 18 U.S.C.S 2701 et. Seq In which we're all witnessing on a daily basis. We're asking the court to enter this case without delay under Fed. R. Civ. P 7, 8 and 9(a) Due to the violation of our 4th Amendment, and 14th Amendment of the United State Constitution, we're asking the court to grant us nominal damages, punitive damages, as well as compensatory damages of Relief.

## Certification of Service

I hereby certify that this lawsuit was mailed postage postage paid to the U.S. District Court Clerk Office

Date: 3/4/2021  Signature: Larry Blakney