IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LARRY BLAKNEY,

    Plaintiff,

v.

SLED, HARTSVILLE POLICE DEPARTMENT, and UNITED STATES OF AMERICA,

    Defendants.

**Judgment in a Civil Case**

Case Number 5:21-CT-3071-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This judgment filed and entered on November 29, 2021, with service on:

Larry Blakney 34750-171    (via U.S. Mail)
Butner - F.M.C.
P.O. Box 1600
Butner, NC 27509

November 29, 2021    PETER A MOORE, JR., CLERK

by _____
Deputy Clerk